## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN G. WESTINE, Inmate #93555-012, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 04-834-MJR |
| FEDERAL BUREAU OF PRISONS, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Petitioner, an inmate in the United States Penitentiary in Marion, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241, challenging his sentence. Petitioner is a frequent litigant and has made at least 11 attempts, in this Court, to challenge his money-laundering conviction in the Southern District of Ohio, and has initiated numerous other challenges to his conviction in districts throughout the country. *See Westine v. Hedrick*, Case No. 00-938-JPG (S. D. Illinois, filed December 11, 2000) (listing cases filed by Petitioner challenging his conviction). In 2002, both this Court (*see Westine v. United States*, Case No. 02-137-GPM (S.D. Illinois, filed February 22, 2002)) and the Seventh Circuit Court of Appeals (*see Westine v. United States*, Case Nos. 01-3780, 01-3793, 01-4106 (7th Cir., filed October 22, October 23, and November 29, 2001)) entered orders sanctioning Petitioner $1,000 and $5,000, respectively, and ordering that until the fines are paid, any papers submitted by Petitioner or on his behalf be returned to him unfiled, with the exception of criminal cases and habeas corpus applications not collaterally attacking his conviction in the Southern District of Ohio.

The Court sees no indication that Petitioner has paid either sanction and this filing does not fall into the Courts' narrowly-defined exception. Therefore, this petition should not have been filed and the case should not have been opened.

**IT IS THEREFORE ORDERED** that the petition (Doc. 1) be **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall return the petition to Petitioner with a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 1st day of August, 2005.**

                                                <u>s/ Michael J. Reagan</u>
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**